```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA                                                :
                                                                        :
                -v-                                                     :   93-CR-1074 (PAE)
                                                                        :
ANTONIO ACOSTA,                                                         :   ORDER
                                                                        :
                                Defendant.                              :
                                                                        :
------------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, United States District Judge:

It is hereby ORDERED that the defendant in the above captioned case, USM Number 35349-054, be released from the custody of the United States Marshal forthwith, subject to any detainers.

SO ORDERED.

Dated: February 21, 2020
       New York, New York

                                              PAUL A. ENGELMAYER
                                              United States District Judge