UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ANTONIO ACOSTA,

Defendant.

93-CR-1074-01 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference:

- The Probation Department has withdrawn its specification alleging a violation of supervised release involving failure to report.

- The defendant's supervised release term is to be treated as having started October 16, 2019, when the defendant's state custody terminated.

- The defendant shall be permitted to travel to, and reside in, the District of Connecticut during his term of supervised release.

- The defendant is to be supervised in a district to be determined by the U.S. Probation Department.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 21, 2020
       New York, New York